UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT G. LOPEZ, an individual,<br><br>        Plaintiff,<br><br>  v.<br><br>NIKE, INC.,<br>WABI SABI, INC.,<br>G & S SPORTING GOODS, LLC,<br>BIERGARTEN HOLDINGS CORP.,<br>SCHOTT BROS., INC.,<br>CUSTOMINK, LLC,<br>YNAP CORPORATION,<br>STOCKX, LLC,<br>KITH RETAIL, LLC,<br>URBAN OUTFITTERS, INC.,<br>PARAGON SPORTS, LLC,<br>BLOOMINGDALES, INC.,<br>NORDSTROM, INC.,<br>NEIMAN MARCUS, INC.,<br>BOP, LLC,<br>RAKUTEN USA, INC.,<br>EMINENT, INC.,<br>DRJAY'S.COM, INC.,<br>THREDUP, INC.,<br>DULUTH HOLDINGS, INC.,<br>ABERCROMBIE & FITCH CO.,<br>MERCHNOW, LLC,<br>BIG CARTEL, LLC,<br>NEW ERA CAP CO., INC., and<br>Does 1-10<br><br>        Defendants. | Case No. 20-CV-00905-PGG-JLC<br><br>**DEFENDANT BLOOMINGDALE'S, INC.'S CORPORATE DISCLOSURE STATEMENT** |

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Bloomingdale's, Inc. ("Bloomingdale's") certifies that (i) Bloomingdale's is a wholly-owned first-tier subsidiary of Defendant Macy's Retail Holdings, Inc., which in turn

1

is a wholly-owned first-tier subsidiary of Defendant Macy's, Inc., which itself is a publicly traded corporation (NYSE: M), and (ii) no publicly held corporation owns 10% or more of Defendant Macy's, Inc.'s stock.

Dated: March 26, 2020

Respectfully submitted,

By:    */s/ Aahren R. DePalma*
Aahren R. DePalma
MACY'S LAW DEPARTMENT
11477 Olde Cabin Road, Suite 400
St. Louis, MO 63141
T: (314) 342-6454
Email: aahren.depalma@macys.com

*Attorneys for Defendant Bloomingdale's, Inc.*

## CERTIFICATION OF SERVICE

I hereby certify that on this date, I caused to be served via First Class U.S. Mail a true and correct copy of the foregoing Defendant Bloomingdale's Inc.'s Corporate Disclosure Statement on:

> Robert G. Lopez
> 230 Clinton Street, Suite 11C
> New York, New York 10002
> *Plaintiff Pro Se*

Pursuant to 28 U.S.C. §1746, I certify under penalty of perjury that the foregoing is true and correct.

Dated: March 26, 2020 *s/ Aahren R. DePalma*
Aahren R. DePalma