IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT G. LOPEZ, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  20 CV 00905 |
| ) | |
| NIKE, INC., ) | |
| WABI SABI, INC., ) | |
| G&S SPORTING GOODS, LLC, ) | |
| BIERGARTEN HOLDINGS CORP., ) | |
| SCHOTT BROS, INC., ) | |
| CUSTOMINK, LLC, ) | |
| YNAP CORPORATION, ) | |
| STOCKX, LLC, ) | |
| KITH RETAIL, LLC, ) | |
| URBAN OUTFITTERS, INC., ) | |
| PARAGON SPORTS, LLC, ) | |
| BLOOMINGDALES, INC., ) | |
| NORDSTROM, INC., ) | |
| NEIMAN MARCUS, INC. ) | |
| BOP, LLC, ) | |
| RAKUTEN USA, INC., ) | |
| EMINENT, INC., ) | |
| DRJAY'S.COM, INC., ) | |
| THREDUP, INC., ) | |
| DULUTH HOLDINGS, INC., ) | |
| ABERCROMBIE & FITCH CO., ) | |
| MERCHNOW, LLC, ) | |
| BIG CARTEL, LLC, ) | |
| NEW ERA CAP CO., INC., and ) | |
| Does 1-10 ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by Plaintiff, Robert G. Lopez, that the above captioned action is hereby dismissed with prejudice **ONLY** as to Defendant Nike, Inc. and without Court cost or fees to any party against the other.

The case shall remain against the other named Defendants to the above action.

Dated: May 6, 2020

**ROBERT G. LOPEZ**

By: _____

Robert G. Lopez
Pro Se Plaintiff
230 Clinton Street – Apt. #11C
New York, New York 10002
(917) 868-1698


SO ORDERED:

_____
U.S.D.J.
Dated May 8, 2020