UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT G. LOPEZ, <br><br> Plaintiff, <br><br> v. <br><br> NIKE, INC, *et al.*, <br><br> Defendants. | Case No. 1:20-cv-00905-PGG-JLC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Robert G. Lopez and defendant YNAP Corporation hereby stipulate to the dismissal with prejudice Plaintiff's Amended Complaint pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Parties shall bear their own costs and fees related to this matter.

Dated: August 5, 2020
New York, New York

ROBERT G. LOPEZ

_____
230 Clinton Street, Apt. 11C
New York, NY 10002
Tel: (917) 868-1698

*Plaintiff pro se*

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: _____
John P. Margiotta
(jmargiotta@fzlz.com)
151 W. 42nd Street, 17th Floor
New York, NY 10036
Tel: (212) 813-5900

*Attorneys for Defendant YNAP Corporation*

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Dated: August 7, 2020

{F3539400.1 }

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendant YNAP Corporation hereby certifies that on this 6th day of August 2020, he caused a copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** to be served by email on *pro se* Plaintiff at the following address:

Robert G. Lopez (*lesclothing@gmail.com*)
230 Clinton Street
Apt. #11C
New York, NY 10002

_____
John P. Margiotta