USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT G. LOPEZ,                                    :
                                                    :
                            Plaintiff,              :        **ORDER**
                                                    :
            -v-                                     :        20-CV-905 (PGG) (JLC)
                                                    :
NIKE, INC., *et al,*                                :
                                                    :
                            Defendants.             :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

        Defendants Urban Outfitters, Inc. and Nordstrom, Inc. moved to dismiss Lopez's first

amended complaint by motion dated October 28, 2020 and served its motion by mail (Dkt. No.

105).  Lopez's opposition to the motion was thus due November 16, 2020.  *See* Local Rule

6.1(B), (D).  To date, Lopez has failed to oppose the motion or seek an extension of time in

which to do so.  Accordingly, the Court extends Lopez's time to oppose the motion to **December

11, 2020**.  Defendant's reply, if any, is due by **December 18, 2020**.  If no opposition is filed by

December 11, the Court will consider the motion to be unopposed.

        Lopez should email his opposition papers to CottNYSDChambers@nysd.uscourts.gov to

ensure that the Court has received his opposition papers as well as to counsel for defendants.

        **SO ORDERED.**

Dated: December 1, 2020
        New York, New York

**A copy of this Order has been
mailed to the following:**

Robert G. Lopez
230 Clinton Street Apt. #11C
New York, NY 10002

JAMES L. COTT
United States Magistrate Judge