UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT G. LOPEZ,

                Plaintiff,

    -against-

NIKE, INC., et al.,

                Defendants.

**ORDER**

20 Civ. 905 (PGG) (JLC)

PAUL G. GARDEPHE, U.S.D.J.:

       Pro se Plaintiff Robert G. Lopez filed the Complaint on February 3, 2020 (see Cmplt. (Dkt. No. 2)) and filed an Amended Complaint on March 6, 2020. (Am. Cmplt. (Dkt. No. 8)) The Amended Complaint names 25 defendants. (Id.)

       Plaintiff filed no proof of service as to Defendants Wabi Sabi, Inc., Schott Bros, Inc., Big Cartel LLC, Neiman Marcus Group, Inc., BOP, LLC, Rakuten USA, Inc., Eminent, Inc., Thredup, Inc., Duluth Holdings, Inc., and Merchnow, LLC. Accordingly, on January 25, 2021, this Court directed Plaintiff to file proof of service as to these Defendants, in accordance with Rule 4(m) of the Federal Rules of Civil Procedure, and to do so by **February 8, 2021**. (Dkt. No. 116) The Court's January 25, 2021 order warns that if proof of service is not filed by February 8, 2021, and if Plaintiff does not make a written application to the Court to extend the time for service, showing good cause for the failure to serve, Plaintiff's claims against the aforementioned Defendants will be dismissed. (Id.)

       Plaintiff has not filed proof of service as to the ten Defendants listed above, and has not sought an extension of time to serve these Defendants. Accordingly, Plaintiff's claims against Defendants Wabi Sabi, Inc., Schott Bros, Inc., Big Cartel LLC, Neiman Marcus Group,

Inc., BOP, LLC, Rakuten USA, Inc., Eminent, Inc., Thredup, Inc., Duluth Holdings, Inc., and Merchnow, LLC are dismissed without prejudice.

Chambers will mail a copy of this order to Plaintiff and note service on the docket.

Dated: New York, New York
February 10, 2021

SO ORDERED.

*[signature: Paul G. Gardephe]*

Paul G. Gardephe
United States District Judge