UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT G. LOPEZ,

                Plaintiff,

    -against-

NIKE, INC., et al.,

                Defendants.

**ORDER**

20 Civ. 905 (PGG) (JLC)

PAUL G. GARDEPHE, U.S.D.J.:

        On February 16, 2021, this Court granted motions to dismiss filed by Defendants Bloomingdale's, Inc., Nordstrom, Inc., and Urban Outfitters, Inc.  (See Feb. 16, 2021 Order (Dkt. No. 118))  On February 17, 2021, the Clerk of Court terminated the case, even though Plaintiff's claims against other Defendants remain pending.  Accordingly, the case is to be reopened, and the judgment on February 17, 2021 (Dkt. No. 119) is vacated.

        Chambers will mail a copy of this order to Plaintiff and note service on the docket.

Dated: New York, New York
       February 18, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge